# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2006

130290

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In Re E.W., D.W., M.W., D.D.W., J.E.W., J.W.,
T.W., N.N.W., T.C.W., and D.D.W., Minors.

_____

DEPARTMENT OF HUMAN SERVICES f/k/a
FAMILY INDEPENDENCE AGENCY,
      Petitioner-Appellee,

v

                                   SC: 130290
                                   COA: 262180
                                   Oakland CC
TAMIKA WILLIS,
      Respondent-Appellant,                Family Division: 02-673034-NA

and

EDWARD FENDERSON,
      Respondent.

_____/

      On order of the Court, the application for leave to appeal the December 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2006                                                   
                                                       Clerk

s0131